IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WAYNE MICHAEL UNDERWOOD,

      Appellant,

v.

      Case No.  5D22-1821
      LT Case No. 2018-CF-0082

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 3, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Wayne Michael Underwood, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R. Putnam, Jr.,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.